AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Robert Schopf )

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GONZALO HERNANDEZ-ROQUE | ) | Case No. 25-mj-634 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gonzalo Hernandez-Roque,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit.

Date: _____

Issuing officer's signature: PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2025.03.25 13:21:13 -04'00'

City and state: Allentown, Pennsylvania

Honorable Pamela A. Carlos, U.S.M.J.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/25/25, and the person was arrested on *(date)* 3/25/25
at *(city and state)* Philadelphia, PA.

Date: 3/25/25

Arresting officer's signature: [signature]

Printed name and title: E. Coxhead, SPDO